## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Harold Eugene Clark Sr.**
      **aka Harold Eugene Clark**
      **&**
      **Jackqyln Dale Clark**
                  **Debtor(s)**

**BK NO. 17-02060 HVW**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, (formerly known as First Union National Bank) as Trustee, for Long Beach Mortgage Loan Trust 2001-4 and index same on the master mailing list.

                     Respectfully submitted,


                     **/s/James C. Warmbrodt, Esquire**
                     James C. Warmbrodt, Esquire
                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA  19106
                     412-430-3594