```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02060-HWV
Harold Eugene Clark, Sr                                             Chapter 13
Jackqyln Dale Clark
         Debtors                          **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AGarner              Page 1 of 2              Date Rcvd: Jul 06, 2017
                               Form ID: ntcnfhrg          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
```
db/jdb       +Harold Eugene Clark, Sr,   Jackqyln Dale Clark,   1719 Glenside Drive,
               Harrisburg, PA 17109-1809
4922792      +ARCADIA RECOVERY BUREAU,    PO BOX 6768,   WYOMISSING, PA 19610-0768
4922793       BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,   PO BOX 8875,   CAMP HILL, PA 17001-8875
4922796      +CREDIT ACCEPTANCE,    25505 W 12 MILE ROAD, STE 3000,   SOUTHFIELD, MI 48034-8331
4922797     #+DEBT RECOVERY SOLUTIONS,    900 MERCHANTS CONCOURSE,   SUITE LL - 11,   WESTBURY, NY 11590-5121
4922799       DIRECTV CUSTOMER SERVICE (p),   BANKRUPTCY CLAIMS,   PO BOX 6550,
               GREENWOOD VILLAGE CO 80155-6550
4922801      +DRAIN DOCTORS,    8 CEDAR CLIFF DRIVE,   CAMP HILL, PA 17011-7601
4922802      +FM OPPEL,   145 S ENOLA DRIVE,    ENOLA, PA 17025-2712
4922803      +FNB OF PENNSYLVANIA,    1114 EAST CARSON STREET,   PITTSBURGH, PA 15203-1124
4922804      +HAROLD E CLARK JR,    1719 GLENSIDE DRIVE,   HARRISBURG, PA 17109-1809
4922805      #IC SYSTEM,   444 HIGHWAY 96 EAST,   PO BOX 64794,   ST PAUL, MN 55164-0794
4922807      +M&M CREDIT,   6324 TAYLOR DRIVE,    FLINT, MI 48507-4680
4922808      +MIDLAND CREDIT MANAGEMENT, INC.,    2365 NORTHSIDE DR, STE 300,   SAN DIEGO, CA 92108-2709
4922809       PHFA (CORRESPONDENCE),    211 N FRONT STREET,   PO BOX 15530,   HARRISBURG, PA 17105-5530
4922810      +SPS,   ATTN: BANKRUPTCY DEPT,    PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
4922811       SUSQUEHANNA TWP AUTH,    1900 LINGLESTOWN RD,   HARRISBURG, PA 17110-3301
4934245      +Santander Consumer USA, Inc.,    P.O. Box 560284,   Dallas, TX 75356-0284
4922812      +TORRES CREDIT SERVICES,    27 FAIRVIEW ST,   PO BOX 189,   CARLISLE, PA 17013-0189
4925594      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
4922813      +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4922814      +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
4922815       VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,   SAINT CHARLES, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4922791       E-mail/Text: EBNProcessing@afni.com Jul 06 2017 19:07:53     AFNI INC,   404 BROCK DRIVE,
               PO BOX 3097,   BLOOMINGTON, IL 61702-3097
4922794      +E-mail/Text: dehartstaff@pamd13trustee.com Jul 06 2017 19:08:02     CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4922795       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2017 19:07:43     COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
4922798      +E-mail/Text: electronicbkydocs@nelnet.net Jul 06 2017 19:07:51     DEPT OF ED NELNET,
               121 S 13TH STREET,    LINCOLN, NE 68508-1904
4922800      +E-mail/Text: Bankruptcy.Consumer@dish.com Jul 06 2017 19:07:46     DISH NETWORK,
               BANKRUPTCY DEPT,    PO BOX 9033,   LITTLETON, CO 80160-9033
4922806       E-mail/Text: cio.bncmail@irs.gov Jul 06 2017 19:07:30     INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4922816      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 06 2017 19:07:47     WESTLAKE FINANCIAL,
               4751 WILSHIRE BLVD STE 100,    LOS ANGELES, CA 90010-3847
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Joint Debtor Jackqyln Dale Clark DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Dorothy L Mott    on behalf of Debtor Harold Eugene Clark, Sr DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
           in Interest to Wachovia Bank, National Association, (formerly known as First Union National
           Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor Harold Eugene Clark, Sr karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Joint Debtor Jackqyln Dale Clark karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Harold Eugene Clark Sr<br>aka Harold Eugene Clark<br>Jackqyln Dale Clark<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:17–bk–02060–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**August 5, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: August 9, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 6, 2017 |