```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02060-HWV
Harold Eugene Clark, Sr                                             Chapter 13
Jackqyln Dale Clark
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner             Page 1 of 1            Date Rcvd: Sep 13, 2017
                              Form ID: pdf010           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db/jdb       +Harold Eugene Clark, Sr,    Jackqyln Dale Clark,    1719 Glenside Drive,
               Harrisburg, PA 17109-1809
             +SANTANDER CONSUMER USA INC,    BANKRUPTCY DEPARTMENT,    PO BOX 961245,
               FORT WORTH, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Joint Debtor Jackqyln Dale Clark DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor Harold Eugene Clark, Sr DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
               in Interest to Wachovia Bank, National Association, (formerly known as First Union National
               Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Joint Debtor Jackqyln Dale Clark karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor Harold Eugene Clark, Sr karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| HAROLD EUGENE CLARK, SR | : | |
| aka Harold Eugene Clark | : | CASE NO. 1:17-bk-02060 |
| JACKQYLN DALE CLARK, | : | |
|     Debtors | : | |
| | : | |
| HAROLD EUGENE CLARK, SR | : | |
| aka Harold Eugene Clark | : | |
| JACKQYLN DALE CLARK, | : | |
|     Movants | : | OBJECTION TO CLAIM # 3 |
| v. | : | |
| SANTANDER CONSUMER USA, INC., | : | |
|     Respondent/Claimant | : | |

## O R D E R

Upon consideration of the Objection to Proof of Claim filed by the Debtors (the "Objection") and following notice and a hearing, it is

**ORDERED** that the Objection is **SUSTAINED** and the claim of the Respondent is disallowed and dismissed.

By the Court,

Dated: September 13, 2017

Henry W. Van Eck, Bankruptcy Judge (LS)