```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02060-HWV
Harold Eugene Clark, Sr                                             Chapter 13
Jackqyln Dale Clark
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner              Page 1 of 1           Date Rcvd: Oct 11, 2017
                              Form ID: pdf010            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db/jdb         +Harold Eugene Clark, Sr,   Jackqyln Dale Clark,   1719 Glenside Drive,
                 Harrisburg, PA 17109-1809
4960003         Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2017 19:05:40
                 PINNACLE CREDIT SERVICES,   C/O RESURGENT CAPITAL SERVICES,   PO BOX 10587,
                 GREENVILLE, SC 29603-0587
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Harold Eugene Clark, Sr DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 2 Jackqyln Dale Clark DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
               in Interest to Wachovia Bank, National Association, (formerly known as First Union National
               Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com
              Kara Katherine Gendron     on behalf of Debtor 2 Jackqyln Dale Clark karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron     on behalf of Debtor 1 Harold Eugene Clark, Sr karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| HAROLD EUGENE CLARK, SR | : | |
| aka Harold Eugene Clark | : | CASE NO. 1:17-bk-02060 |
| JACKQYLN DALE CLARK, | : | |
| Debtors | : | |
| | : | |
| HAROLD EUGENE CLARK, SR | : | |
| aka Harold Eugene Clark | : | |
| JACKQYLN DALE CLARK, | : | |
| Movants | : | OBJECTION TO CLAIM |
| v. | : | |
| Pinnacle Credit Services, LLC its | : | |
| successors and assigns as assignee of | : | |
| Cellco Partnership d/b/a Verizon, | : | |
| Respondent/Claimant | : | |

## O R D E R

Upon consideration of the Objection to Proof of Claim filed by the Debtors (the "Objection"), and no response having been filed, it is hereby

**ORDERED** that the Objection is **SUSTAINED** and the claim of the Respondent is disallowed and dismissed; it is further

**ORDERED** that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i).

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: October 11, 2017