```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02060-HWV
Harold Eugene Clark, Sr                                             Chapter 13
Jackqyln Dale Clark
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner            Page 1 of 1            Date Rcvd: Jan 18, 2018
                              Form ID: orcnfpln        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db/jdb        +Harold Eugene Clark, Sr,   Jackqyln Dale Clark,   1719 Glenside Drive,
               Harrisburg, PA 17109-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Dorothy L Mott     on behalf of Debtor 1 Harold Eugene Clark, Sr DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott     on behalf of Debtor 2 Jackqyln Dale Clark DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt     on behalf of Creditor     U.S. Bank National Association, as Trustee, Successor
               in Interest to Wachovia Bank, National Association, (formerly known as First Union National
               Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com
              Kara Katherine Gendron     on behalf of Debtor 1 Harold Eugene Clark, Sr karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron     on behalf of Debtor 2 Jackqyln Dale Clark karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Harold Eugene Clark Sr<br>aka Harold Eugene Clark<br>Jackqyln Dale Clark | Chapter 13<br>Case No. 1:17–bk–02060–HWV |
| Debtor(s) | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 21, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 18, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AGarner, Deputy Clerk