```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02060-HWV
Harold Eugene Clark, Sr                                         Chapter 13
Jackqyln Dale Clark
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner             Page 1 of 1            Date Rcvd: May 24, 2018
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db/jdb        +Harold Eugene Clark, Sr,    Jackqyln Dale Clark,    1719 Glenside Drive,
               Harrisburg, PA 17109-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Harold Eugene Clark, Sr DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 2 Jackqyln Dale Clark DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
               in Interest to Wachovia Bank, National Association, (formerly known as First Union National
               Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Harold Eugene Clark, Sr karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 2 Jackqyln Dale Clark karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO:1:17-bk-02060 |
| HAROLD EUGENE CLARK, SR | : | |
| aka Harold Eugene Clark | : | |
| JACKQYLN DALE CLARK, | : | CHAPTER 13 |
|    Debtors | : | |
| | : | |

### ORDER

    AT HARRISBURG, in said District,
    UPON CONSIDERATION of the Application to Employ TERRY BASTIAN as realtor for the Debtors, and it appearing that it is the wish of the Debtors to employ said realtor, no adverse interest or conflict being involved, no objection appearing thereto, it is hereby

    ORDERED AND DECREED that TERRY BASTIAN be and is hereby authorized to act as realtor for the Debtors in the above–entitled proceeding with fees to be paid as outlined in the listing agreement.

Dated: May 24, 2018

By the Court,

*[signature]*

Henry W. Van Eck, Bankruptcy Judge (AG)

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).