```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-02060-HWV
Harold Eugene Clark, Sr
Jackqyln Dale Clark                                                 Chapter 13
      Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke         Page 1 of 2         Date Rcvd: Jun 23, 2020
                            Form ID: ntsempas       Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
```
db/jdb         +Harold Eugene Clark, Sr,    Jackqyln Dale Clark,    1719 Glenside Drive,
                Harrisburg, PA 17109-1809
4922792        +ARCADIA RECOVERY BUREAU,    PO BOX 6768,    WYOMISSING, PA 19610-0768
4922793         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4965509        +Capital Region Water,    Attn: Wendy Shollenberger,    100 Pine Drive,
                Harrisburg, PA 17103-1260
4922797        +DEBT RECOVERY SOLUTIONS,    900 MERCHANTS CONCOURSE,    SUITE LL - 11,    WESTBURY, NY 11590-5142
4922801        +DRAIN DOCTORS,    8 CEDAR CLIFF DRIVE,    CAMP HILL, PA 17011-7601
4922802        +FM OPPEL,   145 S ENOLA DRIVE,    ENOLA, PA 17025-2712
4922803        +FNB OF PENNSYLVANIA,    1114 EAST CARSON STREET,    PITTSBURGH, PA 15203-1124
4922804        +HAROLD E CLARK JR,    1719 GLENSIDE DRIVE,    HARRISBURG, PA 17109-1809
4922807        +M&M CREDIT,    6324 TAYLOR DRIVE,    FLINT, MI 48507-4680
4922809         PHFA (CORRESPONDENCE),    211 N FRONT STREET,    PO BOX 15530,    HARRISBURG, PA 17105-5530
4922811         SUSQUEHANNA TWP AUTH,    1900 LINGLESTOWN RD,    HARRISBURG, PA 17110-3301
4934245        +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
4960956        +Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301
4922812        +TORRES CREDIT SERVICES,    27 FAIRVIEW ST,    PO BOX 189,    CARLISLE, PA 17013-0189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4922791         E-mail/Text: EBNProcessing@afni.com Jun 23 2020 19:18:59      AFNI INC,    404 BROCK DRIVE,
                PO BOX 3097,    BLOOMINGTON, IL 61702-3097
4922794        +E-mail/Text: dehartstaff@pamd13trustee.com Jun 23 2020 19:19:01      CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4922795         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 19:18:54      COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4922796        +E-mail/Text: ebnnotifications@creditacceptance.com Jun 23 2020 19:18:48      CREDIT ACCEPTANCE,
                25505 W 12 MILE ROAD, STE 3000,    SOUTHFIELD, MI 48034-8331
4922813         E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jun 23 2020 19:18:48
                UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121
4922798        +E-mail/Text: electronicbkydocs@nelnet.net Jun 23 2020 19:18:59      DEPT OF ED NELNET,
                121 S 13TH STREET,    LINCOLN, NE 68508-1904
4922799         E-mail/Text: G06041@att.com Jun 23 2020 19:19:00      DIRECTV CUSTOMER SERVICE (p),
                BANKRUPTCY CLAIMS,    PO BOX 6550,    GREENWOOD VILLAGE CO  80155-6550
4922800        +E-mail/Text: Bankruptcy.Consumer@dish.com Jun 23 2020 19:18:56      DISH NETWORK,
                BANKRUPTCY DEPT,    PO BOX 9033,    LITTLETON, CO 80160-9033
4922806         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 23 2020 19:18:51      INTERNAL REVENUE SERVICE - CIO,
                PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4922808        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 23 2020 19:18:57      MIDLAND CREDIT MANAGEMENT, INC.,
                2365 NORTHSIDE DR, STE 300,    SAN DIEGO, CA 92108-2709
4986231         E-mail/Text: blegal@phfa.org Jun 23 2020 19:18:58      PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
4960003         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2020 19:18:12
                Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
4922810        +E-mail/Text: jennifer.chacon@spservicing.com Jun 23 2020 19:19:05      SPS,
                ATTN: BANKRUPTCY DEPT,    PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
4972768        +E-mail/Text: jennifer.chacon@spservicing.com Jun 23 2020 19:19:05
                U.S. Bank National Association, as Trustee, ECT.,    C/O SPS,    PO BOX 65250,
                Salt Lake City, UT 84165-0250
4925594        +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jun 23 2020 19:18:30
                U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
4922814        +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jun 23 2020 19:18:48      UNEMPL COMP TAX MATTERS,
                HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
4922815         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 23 2020 19:18:46
                VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
4922816        +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 23 2020 19:18:57      WESTLAKE FINANCIAL,
                4751 WILSHIRE BLVD STE 100,    LOS ANGELES, CA 90010-3847
4959211        +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 23 2020 19:18:58
                WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES, CA 90010-3847
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4922805       ##IC SYSTEM,    444 HIGHWAY 96 EAST,    PO BOX 64794,    ST PAUL, MN 55164-0794
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    Dorothy L Mott    on behalf of Debtor 1 Harold Eugene Clark, Sr DorieMott@aol.com,
     KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
    Dorothy L Mott    on behalf of Debtor 2 Jackqyln Dale Clark DorieMott@aol.com,
     KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
    James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
     in Interest to Wachovia Bank, National Association, (formerly known as First Union National
     Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com
    Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
     JSchwartz@mesterschwartz.com
    Kara Katherine Gendron    on behalf of Debtor 1 Harold Eugene Clark, Sr karagendronecf@gmail.com,
     doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
    Kara Katherine Gendron    on behalf of Debtor 2 Jackqyln Dale Clark karagendronecf@gmail.com,
     doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                         TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Harold Eugene Clark Sr<br>aka Harold Eugene Clark | Chapter: 13 |
| | Case number: 1:17–bk–02060–HWV |
| **Debtor 1** | Document Number: Motion to Modify Confirmed Plan |
| Jackqyln Dale Clark | |
| | Matter: 66 |
| **Debtor 2** | |
| **Debtor(s)** | |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 18, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing.** | **Date: 7/22/20**<br>**Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **July 14, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 23, 2020 |

ntsempas(05/18)