```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-02060-HWV
Harold Eugene Clark, Sr                                             Chapter 13
Jackqyln Dale Clark
           Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke           Page 1 of 2           Date Rcvd: Jul 28, 2020
                              Form ID: pdf010           Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
```
db/jdb       +Harold Eugene Clark, Sr,   Jackqyln Dale Clark,   1719 Glenside Drive,
               Harrisburg, PA 17109-1809
4922792      +ARCADIA RECOVERY BUREAU,    PO BOX 6768,   WYOMISSING, PA 19610-0768
4922793       BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,   CAMP HILL, PA 17001-8875
4965509      +Capital Region Water,    Attn: Wendy Shollenberger,    100 Pine Drive,
               Harrisburg, PA 17103-1260
4922797      +DEBT RECOVERY SOLUTIONS,    900 MERCHANTS CONCOURSE,    SUITE LL - 11,   WESTBURY, NY 11590-5142
4922801      +DRAIN DOCTORS,   8 CEDAR CLIFF DRIVE,    CAMP HILL, PA 17011-7601
4922802      +FM OPPEL,   145 S ENOLA DRIVE,    ENOLA, PA 17025-2712
4922803      +FNB OF PENNSYLVANIA,    1114 EAST CARSON STREET,    PITTSBURGH, PA 15203-1124
4922804      +HAROLD E CLARK JR,   1719 GLENSIDE DRIVE,    HARRISBURG, PA 17109-1809
4922807      +M&M CREDIT,    6324 TAYLOR DRIVE,    FLINT, MI 48507-4680
4922809       PHFA (CORRESPONDENCE),    211 N FRONT STREET,    PO BOX 15530,   HARRISBURG, PA 17105-5530
4922811       SUSQUEHANNA TWP AUTH,    1900 LINGLESTOWN RD,    HARRISBURG, PA 17110-3301
4934245      +Santander Consumer USA, Inc.,     P.O. Box 560284,    Dallas, TX 75356-0284
4960956      +Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301
4922812      +TORRES CREDIT SERVICES,    27 FAIRVIEW ST,    PO BOX 189,   CARLISLE, PA 17013-0189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: blegal@phfa.org Jul 28 2020 19:42:54
               Pennsylvania Housing Finance Agency/Homeowner's Em,    211 North Front Street,    PO BOX 15206,
               Harrisburg, PA 17105-5206
4922791       E-mail/Text: EBNProcessing@afni.com Jul 28 2020 19:42:55     AFNI INC,    404 BROCK DRIVE,
               PO BOX 3097,   BLOOMINGTON, IL 61702-3097
4922794      +E-mail/Text: dehartstaff@pamd13trustee.com Jul 28 2020 19:42:56     CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4922795       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2020 19:42:52     COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
4922796      +E-mail/Text: ebnnotifications@creditacceptance.com Jul 28 2020 19:42:47     CREDIT ACCEPTANCE,
               25505 W 12 MILE ROAD, STE 3000,    SOUTHFIELD, MI 48034-8331
4922813       E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 28 2020 19:42:47
               UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121
4922798      +E-mail/Text: electronicbkydocs@nelnet.net Jul 28 2020 19:42:55     DEPT OF ED NELNET,
               121 S 13TH STREET,    LINCOLN, NE 68508-1904
4922799       E-mail/Text: G06041@att.com Jul 28 2020 19:42:56     DIRECTV CUSTOMER SERVICE (p),
               BANKRUPTCY CLAIMS,    PO BOX 6550,   GREENWOOD VILLAGE CO  80155-6550
4922800      +E-mail/Text: Bankruptcy.Consumer@dish.com Jul 28 2020 19:42:53     DISH NETWORK,
               BANKRUPTCY DEPT,    PO BOX 9033,   LITTLETON, CO 80160-9033
4922806       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 28 2020 19:42:49     INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4922808      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2020 19:42:53     MIDLAND CREDIT MANAGEMENT, INC.,
               2365 NORTHSIDE DR, STE 300,    SAN DIEGO, CA 92108-2709
4986231       E-mail/Text: blegal@phfa.org Jul 28 2020 19:42:54     PHFA/HEMAP,    211 NORTH FRONT ST,
               PO BOX 8029,   HARRISBURG, PA 17105
4960003       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 19:48:27
               Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4922810      +E-mail/Text: jennifer.chacon@spservicing.com Jul 28 2020 19:42:58     SPS,
               ATTN: BANKRUPTCY DEPT,    PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
4972768      +E-mail/Text: jennifer.chacon@spservicing.com Jul 28 2020 19:42:58
               U.S. Bank National Association, as Trustee, ECT.,    C/O SPS,    PO BOX 65250,
               Salt Lake City, UT 84165-0250
4925594      +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jul 28 2020 19:48:26
               U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
4922814      +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 28 2020 19:42:47     UNEMPL COMP TAX MATTERS,
               HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
4922815       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2020 19:42:46
               VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,   SAINT CHARLES, MO 63304-2225
4922816      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 28 2020 19:42:53     WESTLAKE FINANCIAL,
               4751 WILSHIRE BLVD STE 100,    LOS ANGELES, CA 90010-3847
4959211      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 28 2020 19:42:54
               WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,   LOS ANGELES, CA 90010-3847
                                                                                              TOTAL: 20
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4922805        ##IC SYSTEM,   444 HIGHWAY 96 EAST,   PO BOX 64794,   ST PAUL, MN 55164-0794
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:

```
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            Dorothy L Mott    on behalf of Debtor 1 Harold Eugene Clark, Sr DorieMott@aol.com,
             KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
            Dorothy L Mott    on behalf of Debtor 2 Jackqyln Dale Clark DorieMott@aol.com,
             KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
            James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, Successor
             in Interest to Wachovia Bank, National Association, (formerly known as First Union National
             Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com
            Jason Brett Schwartz    on behalf of Creditor   Westlake Financial Services
             JSchwartz@mesterschwartz.com
            John W. Purcell, Jr    on behalf of Creditor    Pennsylvania Housing Finance Agency/Homeowner's
             Emergency Mortgage Assistance Program (HEMAP) jpurcell@pkh.com
            Kara Katherine Gendron    on behalf of Debtor 1 Harold Eugene Clark, Sr karagendronecf@gmail.com,
             doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
            Kara Katherine Gendron    on behalf of Debtor 2 Jackqyln Dale Clark karagendronecf@gmail.com,
             doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| HAROLD EUGENE CLARK, SR : | |
| aka Harold Eugene Clark : | CASE NO. 1:17-bk-02060 |
| JACKQYLN DALE CLARK : | |
| Debtors : | |
| : | |

## ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtors are granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

Dated: July 28, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)