# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jackqyln Dale Clark<br>Harold Eugene Clark Sr. aka Harold Eugene Clark<br><br>Debtors | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, (formerly known as First Union National Bank) as Trustee, for Long Beach Mortgage Loan Trust 2001-4 | NO. 17-02060 HVW |
| Movant<br>vs. | 11 U.S.C. Section 362 |
| Jackqyln Dale Clark<br>Harold Eugene Clark Sr. aka Harold Eugene Clark<br><br>Debtors | |
| Charles J. DeHart, III, Esquire<br>Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: February 5, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)