United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Harold Eugene Clark, Sr

Jackqyln Dale Clark

  Debtors

Case No. 17-02060-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

**Recip ID     Recipient Name and Address**

    + Jonathan Fernandez, Coldwell Banker Residential Brokerage,, 3915 Market Street,, Camp Hill, PA 17011-4227

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Harold Eugene Clark  Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Jackqyln Dale Clark DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association  as Trustee, Successor in Interest to Wachovia Bank, National Association, (formerly known as First Union National Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Westlake Financial Services JSchwartz@mesterschwartz.com |

John W. Purcell, Jr

    on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP)
    jpurcell@pkh.com

Kara Katherine Gendron

    on behalf of Debtor 2 Jackqyln Dale Clark mottgendronecf@gmail.com
    doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron

    on behalf of Debtor 1 Harold Eugene Clark  Sr mottgendronecf@gmail.com,
    doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Rebecca Ann Solarz

    on behalf of Creditor U.S. Bank National Association  as Trustee, Successor in Interest to Wachovia Bank, National Association,
    (formerly known as First Union National Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO:1:17-bk-02060 |
| HAROLD EUGENE CLARK, SR | : | |
| aka Harold Eugene Clark | : | |
| JACKQYLN DALE CLARK, | : | CHAPTER 13 |
|   Debtors | : | |
| | : | |

## ORDER

AT HARRISBURG, in said District,

UPON CONSIDERATION of the Application to Employ Jonathan Fernandez of COLDWELL BANKER RESIDENTIAL BROKERAGE as realtor for the Debtors, and it appearing that it is the wish of the Debtors to employ said realtor, no adverse interest or conflict being involved, no objection appearing thereto, it is hereby

ORDERED AND DECREED that COLDWELL BANKER RESIDENTIAL BROKERAGE be and is hereby authorized to act as realtor for the Debtors in the above–entitled proceeding with fees to be paid as outlined in the listing agreement.

Dated: July 1, 2021

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge (DG)

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).