IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| HAROLD EUGENE CLARK, SR | : | |
| aka Harold Eugene Clark | : | CASE NO. 1:17-bk-02060 |
| JACKQYLN DALE CLARK | : | |
| Debtors | : | |
| | : | |

## REQUEST FOR CERTIFIED DOCUMENT/ORDER

COME NOW the Debtors, by and through Dorothy L. Mott, Esquire of Mott & Gendron Law, and hereby requests that an electronic certified copy of the following document be emailed to the undersigned at the email address provided below.

Docket entry 93: Order Granting Motion for Sale of Property Free and Clear of Liens

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
Attorney ID #: 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com