United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Harold Eugene Clark, Sr  
Jackqyln Dale Clark  
    Debtors

Case No. 17-02060-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jul 27, 2021      Form ID: pdf010      Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Capital Region Water, 100 Pine Drive, Harrisburg, Pa 17103-1260 |
| + | Pennsylvania Housing Finance, Agency- Homeowners Emergency, 211 North Front St, PO Box 8029, Harrisburg, Pa 17105-8029 |
| + | Select Portfolio Svc, PO Box 65250, Salt Lake City, Ut 84165-0250 |
| + | Susquehanna Township Authority, 1900 Linglestown Road, Harrisburg, Pa 17110-3301 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: blegal@phfa.org | Jul 27 2021 18:42:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
|  | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 27 2021 18:48:58 | U.S. Department Of Housing And, Urban Development, 451 7th Street S.W., Washington, Dc 20410-0002 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

**Name**      **Email Address**

Dorothy L Mott
on behalf of Debtor 1 Harold Eugene Clark Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Dorothy L Mott
on behalf of Debtor 2 Jackqyln Dale Clark DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Wachovia Bank, National Association, (formerly known as First Union National Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com

Jason Brett Schwartz
on behalf of Creditor Westlake Financial Services JSchwartz@mesterschwartz.com

John W. Purcell, Jr
on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) jpurcell@pkh.com

Kara Katherine Gendron
on behalf of Debtor 2 Jackqyln Dale Clark karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com

Kara Katherine Gendron
on behalf of Debtor 1 Harold Eugene Clark Sr karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com

Rebecca Ann Solarz
on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Wachovia Bank, National Association, (formerly known as First Union National Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:17-bk-02060 |
| | : | |
| HAROLD EUGENE CLARK, SR | : | CHAPTER 13 |
| aka Harold Eugene Clark | : | |
| JACKQYLN DALE CLARK | : | |
|    Debtors | : | |
| | : | |
| HAROLD EUGENE CLARK, SR | : | |
| aka Harold Eugene Clark | : | |
| JACKQYLN DALE CLARK | : | |
|    Movants | : | |
| | : | |
| v. | : | |
| | : | |
| SELECT PORTFOLIO SERVICING | : | |
| INC.; PENNSYLVANIA HOUSING | : | |
| FINANCE AGENCY- HOMEOWNERS | : | |
| EMERGENCY MORTGAGE | : | |
| ASSISTANCE PROGRAM; US | : | |
| DEPARTMENT OF HOUSING AND | : | |
| URBAN DEVELOPMENT; CAPITAL | : | |
| REGION WATER; SUSQUEHANNA | : | |
| TOWNSHIP AUTHORITY; | : | |
| JACK N. ZAHAROPOULOS, | : | |
| ESQUIRE, TRUSTEE | : | |
|    Respondents | : | |

## ORDER

     UPON consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto, it is hereby
     IT IS ORDERED AND DECREED that the delay in efficacy of the Order pursuant to the Motion be waived pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence; and
     IT IS FURTHER ORDERED AND DECREED that the relief prayed for in the Motion for Approval of Sale of Certain Property Free and Clear of All Liens, Encumbrances, Security Interests, etc. is hereby granted.

Dated: July 27, 2021       By the Court,

                                            _/s/ Henry W. Van Eck_
                                      Henry W. Van Eck, Chief Bankruptcy Judge (CD)