**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    HAROLD EUGENE CLARK, SR
           AKA: HAROLD EUGENE CLARK
           JACKQYLN DALE CLARK       CHAPTER 13
           (DECEASED)

              Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
             Movant
                                     CASE NO:  1-17-02060-HWV

           HAROLD EUGENE CLARK, SR
           AKA: HAROLD EUGENE CLARK
           JACKQYLN DALE CLARK
           (DECEASED)

              Respondent(s)

**CERTIFICATION OF DEFAULT**

       AND NOW on March 1, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

    - make the regular monthly payments to the trustee during the remaining term of the plan.

       As of March 1, 2022, the Debtor(s) is/are $1460.00 in arrears with a plan payment having last been made on Aug 18, 2021

       In accordance with said stipulation, the case may be dismissed

                        Respectfully Submitted,
                        /s/  Matt Arcuri
                        for Jack N. Zaharopoulos, Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097

Dated: March 1, 2022

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   HAROLD EUGENE CLARK, SR
        AKA: HAROLD EUGENE CLARK
        JACKQYLN DALE CLARK      CHAPTER 13
        (DECEASED)

         Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
         Movant                CASE NO:  1-17-02060-HWV

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on March 1, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

MOTT & GENDRON LAW OFFICE, LLC     SERVED ELECTRONICALLY
DOROTHY L MOTT & KARA K GENDRON
125 STATE STREET
HARRISBURG, PA  17101-

HAROLD EUGENE CLARK, SR        SERVED BY 1ST CLASS MAIL
JACKQYLN DALE CLARK (DECEASED)
1719 GLENSIDE DRIVE
HARRISBURG, PA  17109

United States Trustee
228 Walnut Street
Suite 1190                  SERVED ELECTRONICALLY
Harrisburg, PA  17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 1, 2022          Respectfully submitted,
                          <u>Matt Arcuri</u>
                          for Jack N. Zaharopoulos, Trustee
                          Suite A, 8125 Adams Dr.
                          Hummelstown, PA  17036
                          Phone:  (717) 566-6097
                          eMail: info@pamd13trustee.com