IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| HAROLD EUGENE CLARK, SR | : | |
| Clark, Sr, Harold Eugene | : | CASE NO. 1:17-bk-02060 |
| JACKQYLN DALE CLARK | : | |
|    Debtors | : | |
| | : | CERTIFICATE OF DEFAULT |
| JACK N ZAHAROPOULOS, | : | |
|    Movant | : | |

## ANSWER TO CERTIFICATE OF DEFAULT

The Debtor has sold his real estate and may not owe any more plan payments.

WHEREFORE, the Debtor respectfully requests that this Court deny the Certificate of Default filed by the Movant and grant such other relief as this Court deems just.

                                  Respectfully submitted,

                                  /s/ Dorothy L. Mott

                                  _____
                                  Dorothy L. Mott, Esquire
                                  Attorney ID 43568
                                  Mott & Gendron Law
                                  125 State Street
                                  Harrisburg, PA 17101
                                  (717) 232–6650 TEL
                                  (717) 232-0477 FAX
                                  doriemott@aol.com