# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

March 3, 2022

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re: Harold Eugene Clark, Sr
BANKRUPTCY CASE NO:1:17-bk-02060

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

925 Oasis Palm Circle Unit 2311
Ocoee, FL 34761


Please remove old address from mailing matrix.

1719 Glenside Drive
Harrisburg, PA 17109


Thank you for your attention to this matter.


Sincerely,


/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal