# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    HAROLD EUGENE CLARK, SR
           AKA: HAROLD EUGENE CLARK
           JACKQYLN DALE CLARK
           (DECEASED)

           CHAPTER 13

           Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
           Movant

CASE NO: 1-17-02060-HWV

## WITHDRAWAL OF Certificate of Default

AND NOW, on March 7, 2022, comes Jack N. Zaharopoulos,  Standing Chapter 13 Trustee, and requests that the Certificate of Default filed on or about 03/01/2022  be withdrawn.  The Certificate of Default was filed in error or was incorrect as filed.

Respectfully Submitted,

 s/ Jack N. Zaharopoulos
Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: March 7, 2022

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   HAROLD EUGENE CLARK,
SR
AKA: HAROLD EUGENE
CLARK
JACKQYLN DALE CLARK
(DECEASED)

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-17-02060-HWV

HAROLD EUGENE CLARK, SR
AKA: HAROLD EUGENE CLARK
JACKQYLN DALE CLARK
(DECEASED)

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail from Hummelstown, PA, unless served electronically, at the below address on March 7, 2022.

MOTT & GENDRON LAW OFFICE, LLC
DOROTHY L MOTT & KARA K GENDRON
125 STATE STREET
HARRISBURG, PA  17101-

Respectfully Submitted,

s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 7, 2022