United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-02060-HWV
Harold Eugene Clark, Sr  Chapter 13
Jackqyln Dale Clark
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: May 26, 2022     Form ID: 3180W     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold Eugene Clark, Sr, 925 Oasis Palm Circle, Unit 2311, Ocoee, FL 34761-3336 |
| jdb | + | Jackqyln Dale Clark, 1719 Glenside Drive, Harrisburg, PA 17109-1809 |
| 4922792 | + | ARCADIA RECOVERY BUREAU, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 4922793 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 4965509 | ++ | CAPITAL REGION WATER, ATTN AR MANAGER, 3003 N FRONT STREET, HARRISBURG PA 17110-1224 address filed with court:, Capital Region Water, Attn: Wendy Shollenberger, 100 Pine Drive, Harrisburg, PA 17103 |
| 4922801 | + | DRAIN DOCTORS, 8 CEDAR CLIFF DRIVE, CAMP HILL, PA 17011-7601 |
| 4922802 | + | FM OPPEL, 145 S ENOLA DRIVE, ENOLA, PA 17025-2712 |
| 4922804 | + | HAROLD E CLARK JR, 1719 GLENSIDE DRIVE, HARRISBURG, PA 17109-1809 |
| 4922809 | | PHFA (CORRESPONDENCE), 211 N FRONT STREET, PO BOX 15530, HARRISBURG, PA 17105-5530 |
| 4922811 | | SUSQUEHANNA TWP AUTH, 1900 LINGLESTOWN RD, HARRISBURG, PA 17110-3301 |
| 4960956 | + | Susquehanna Township Authority, 1900 Linglestown Road, Harrisburg, PA 17110-3301 |
| 4922812 | + | TORRES CREDIT SERVICES, 27 FAIRVIEW ST, PO BOX 189, CARLISLE, PA 17013-0189 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | May 26 2022 18:37:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 4922791 | | Email/Text: EBNProcessing@afni.com | May 26 2022 18:37:00 | AFNI INC, 404 BROCK DRIVE, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 4922795 | | EDI: PENNDEPTREV | May 26 2022 22:38:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4922795 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 18:37:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4922796 | + | Email/Text: ebnnotifications@creditacceptance.com | May 26 2022 18:37:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 4922813 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 26 2022 18:37:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4922798 | + | Email/Text: electronicbkydocs@nelnet.net | May 26 2022 18:37:00 | DEPT OF ED NELNET, 121 S 13TH STREET, LINCOLN, NE 68508-1904 |
| 4922799 | | EDI: DIRECTV.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 26 2022 22:38:00 | DIRECTV CUSTOMER SERVICE (p), BANKRUPTCY CLAIMS, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 4922800 | + | EDI: ESSL.COM | May 26 2022 22:38:00 | DISH NETWORK, BANKRUPTCY DEPT, PO BOX 9033, LITTLETON, CO 80160-9033 |
| 4922803 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 26 2022 18:37:00 | FNB OF PENNSYLVANIA, 1114 EAST CARSON STREET, PITTSBURGH, PA 15203-1124 |
| 4922805 | | EDI: IIC9.COM | May 26 2022 22:38:00 | IC SYSTEM, 444 HIGHWAY 96 EAST, PO BOX 64794, ST PAUL, MN 55164-0794 |
| 4922806 | | EDI: IRS.COM | May 26 2022 22:38:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4922794 | | Email/Text: info@pamd13trustee.com | May 26 2022 18:37:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4922807 | + | Email/Text: bankruptcy@mermed.com | May 26 2022 18:37:00 | M&M CREDIT, 6324 TAYLOR DRIVE, FLINT, MI 48507-4680 |
| 4922808 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2022 18:37:00 | MIDLAND CREDIT MANAGEMENT, INC., 2365 NORTHSIDE DR, STE 300, SAN DIEGO, CA 92108-2710 |
| 4986231 | | Email/Text: blegal@phfa.org | May 26 2022 18:37:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 4960003 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 18:45:05 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4922810 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 26 2022 18:37:00 | SPS, ATTN: BANKRUPTCY DEPT, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 4934245 | + | Email/Text: enotifications@santanderconsumerusa.com | May 26 2022 18:37:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 4972768 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 26 2022 18:37:00 | U.S. Bank National Association, as Trustee, ECT., C/O SPS, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 4925594 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 26 2022 18:44:58 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 4922814 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 26 2022 18:37:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4922815 | | EDI: VERIZONCOMB.COM | May 26 2022 22:38:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 4922816 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 26 2022 18:37:00 | WESTLAKE FINANCIAL, 4751 WILSHIRE BLVD STE 100, LOS ANGELES, CA 90010-3847 |
| 4959211 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 26 2022 18:37:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES, CA 90010-3847 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4922797 | ##+ | DEBT RECOVERY SOLUTIONS, 900 MERCHANTS CONCOURSE, SUITE LL - 11, WESTBURY, NY 11590-5121 |

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: May 26, 2022 | Form ID: 3180W | Total Noticed: 36 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Harold Eugene Clark Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Jackqyln Dale Clark DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Wachovia Bank, National Association, (formerly known as First Union National Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Westlake Financial Services JSchwartz@mesterschwartz.com |
| John W. Purcell, Jr | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) jpurcell@pkh.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Jackqyln Dale Clark karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Harold Eugene Clark Sr karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Wachovia Bank, National Association, (formerly known as First Union National Bank) as Trustee, for Long Beach Mortgage Loan Trust 2 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Harold Eugene Clark Sr<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2500<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Jackqyln Dale Clark<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0651<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-02060-HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Harold Eugene Clark Sr  
aka Harold Eugene Clark

Jackqyln Dale Clark

**By the court:**

_5/26/22_

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**